# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161365(55)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* G. BUTCHER, Minor.

SC: 161365
COA: 350439
Shiawassee CC Family Division:
15-013672-NA

_____/

On order of the Chief Justice, the motion of the Legal Services Association of Michigan and the Michigan State Planning Body for the Delivery of Legal Services to the Poor to file a brief amicus curiae is GRANTED IN PART. The amicus brief will be accepted for filing if submitted on or before July 22, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2020



Clerk